UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES LOMBARD** | **CIVIL ACTION NO: 22-CV-1556** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **SOUTHERN FIDELITY INSURANCE CO.** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## ORDER AND REASONS

This is an insurance coverage suit arising from damage sustained during Hurricane Ida. R. Doc. 1-1 at ¶¶ 5-11. On May 27, 2023, Defendant Southern Fidelity Insurance Company removed the suit to this Court, and Plaintiff Charles Lombard thereafter filed an Amended Complaint adding Louisiana Insurance Guaranty Association ("LIGA") as a defendant. R. Docs 1-1 and 18. The sole basis of subject matter jurisdiction in this matter is diversity jurisdiction, which requires an amount in controversy exceeding $75,000, and complete diversity of citizenship between plaintiffs and defendants. 28 U.S.C. § 1332(a). Plaintiff is a resident of Louisiana. R. Doc. 24 at 3. LIGA, as an unincorporated association, "has the citizenship for diversity purposes of each of its constituent member insurers." *Francis v. S. Fidelity Ins. Co.*, No. 22-CV-763, 2023 WL 2674709, at *1 (E.D. La. Mar. 29, 2023). "LIGA has constituent member insurers based in Louisiana," and is therefore a citizen of Louisiana. *Id.* The parties are not completely diverse, and, therefore, remand is proper. *Spivey v. Chitimacha Tribe of La.*, 79 F.4th 444, 447 (5th Cir. 2023) ("[W]hen a district court determines that it lacks subject matter jurisdiction over a removed case, it *must* remand."). Accordingly,

**IT IS ORDERED** this matter is **REMANDED** to the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana.

New Orleans, Louisiana, this 10th day of October 2023.

                                            **DARREL JAMES PAPILLION**
                                            **UNITED STATES DISTRICT JUDGE**